**Juan PINA COLIN; Amelia Hernandez Sanchez, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–72387.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 7, 2009.

Deniz S. Arik, Esquire, The Law Office of Deniz S. Arik, John Martin Pope, Pope & Associates, PC, Phoenix, AZ, for Petitioners.

John Clifford Cunningham, I, Esquire, Senior Litigation Counsel, Linda S. Wendtland, Esquire, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, District Counsel Phoenix, Esquire, Office of the District Director, U.S. Department of Homeland Security, Phoenix, AZ, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Juan Pina Colin and Amelia Hernandez Sanchez, husband and wife and natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Cano–Merida v. INS*, 311 F.3d 960, 964 (9th Cir.2002), and we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion as untimely because it was filed over 90 days after the BIA's February 8, 2006, order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to demonstrate that they qualified for any of the regulatory exceptions to the time limit on filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(i)–(iv).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.